ORIGINAL

FILED

MAY 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

DANIEL GILBERTO JUAREZ,                    )
No. 68893-079,                             )
United States Penitentiary,                )
1197 Airport Road,                         )
Big Sandy; Box 2068,                       )
Inez, Kentucky 41224,                      )
                            Plaintiff,     )
        vs                                 )
                                           )
                                           )   Case: 1:07-cv-00955
FEDERAL BUREAU OF INVESTIGATION,           )   Assigned To : Leon, Richard J.
Department of Justice,                     )   Assign. Date : 5/23/2007
Washington, D. C. 20535,                   )   Description: FOIA/Privacy Act
                            and            )
BUREAU OF ALCOHOL, TOBACCO,                )
FIREARMS & EXPLOSIVES,                     )
Department of Justice,                     )
Washington, D. C. 20226,                   )
                            and            )
DRUG ENFORCEMENT ADMINISTRATION,           )   CIVIL ACTION COMPLAINT
Department of Justice,                     )
Washington, D. C. 20537,                   )
                            and            )
INTERNAL REVENUE SERVICE,                  )
Department of the Treasury,                )
Washington, D. C. 20224,                   )
                            and            )
EXECUTIVE OFFICE FOR UNITED STATES         )   FOIA SUIT
ATTORNEYS, Department of Justice,          )
600 E. Street, NW., Room 7300,             )
Washington, D. C. 20530,                   )
                            and            )
UNITED STATES MARSHALS SERVICE,            )
Department of Justice,                     )
Washington, D. C. 20530,                   )
                            and            )
FEDERAL BUREAU OF PRISONS,                 )
320 First Street, N.W.                     )
Washington, D. C. 20534,                   )
                            and            )
CRIMINAL DIVISION of the UNITED STATES     )
DEPARTMENT OF JUSTICE, Room 1127,          )
950 Pennsylvania Avenue, N.W.,             )
Washington, D. C. 20530,                   )
                            Defendants.    )

RECEIVED

APR 30 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

NOW COMES, plaintiff, DANIEL GILBERTO JUAREZ, Pro Se, and respectfully as and for his complaint against the above named defendants, hereby states, claims and alleges as follows :

### Jurisdiction

This Court has jurisdiction to entertain this cause of action under the Freedom of Information Act (Hereinafter "FOIA")(5 USC Section 552) in conjunction with the Privacy Act (5 USC Section 552a)(Hereinafter "PA").

### Venue

Venue lies in the District of Columbia and is proper under the FOIA/PA in all suits at law.

### Plaintiff

Plaintiff, DANIEL GILBERTO JUAREZ, Reg. No. 68893-079, is a federal prisoner who is presently housed at the United States Penitentiary at 1197 Airport Drive in Inez, Kentucky 41224.

### Defendants

Defendants, each and every one of them, are federal "agencies" subject to the FOIA/PA.

### Count I

1.    By letter dated October 12, 2006 to the Defendant FEDERAL BUREAU OF INVESTIGATION (Hereinafter "FBI") plaintiff requested a copy of all records in any way connected to his name.
2.    By letter dated November 15, 2006 the FBI advised plaintiff that no records responsive to his request could be found.
3.    By letter to the OFFICE OF INFORMATION AND PRIVACY (Hereinafter "OIP") dated December 20, 2006 plaintiff appealed the "no records" response of the FBI.
4.    The OIP never responded to that administrative appeal.
5.    FBI is in violation of the FOIA.
6.    This action is proper to obtain judicial review of the FBI action/inaction.

### Count II

1.    By letter dated October 22, 2006 to the BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES (Hereinafter "ATF") plaintiff requested a copy of all records in any way connected to his name.

2.    By letter dated November 7, 2006 the ATF advised plaintiff that no records could be located responsive to his request.

3.    By letter to OIP dated December 20, 2006 plaintiff filed an administrative appeal of the action/inaction of the ATF.

4.    OIP never responded to the administrative appeal.

5.    ATF is in violation of the FOIA.

6.    This action is proper to obtain judicial review of the ATF action/inaction.

## Count III

1.    By letter dated October 12, 2006 to the DRUG ENFORCEMENT ADMINISTRATION (Hereinafter "DEA") plaintiff requested a copy of all records in any way connected to his name.

2.    DEA responded with an acknowledgement of the request by letter dated December 6, 2006.

3.    By letter to OIP dated December 20, 2006 plaintiff appealed the violation of the FOIA time limits by the DEA.

4.    The OIP never responded to the appeal.

5.    DEA is in violation of the FOIA.

6.    This action is proper to obtain judicial review of the DEA action/inaction.

## Count IV

1.    By letter dated October 22, 2006 to the Defendant INTERNAL REVENUE SERVICE plaintiff requested a copy of all records in any way connected to his name.

2.    IRS responded by letter dated December 1, 2006 advising plaintiff that no documents were found responsive to his request.

3.    Plaintiff administratively appealed the no records response to the IRS on December 20, 2006.

4.    IRS affirmed its initial action in response to the appeal on February 21, 2007.

5.    IRS is in violation of the FOIA.

6.    This action is proper to obtain judicial review of the IRS action/inaction.

## Count V

1.    By letter dated October 22, 2006 to the EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS (Hereinafter "EOUSA") plaintiff requested a copy of all records in any way connected to his name.

2.    EOUSA did not respond.

3.    Plaintiff appealed to OIP on December 20, 2006.

4.    OIP never responded.

5.    EOUSA ultimately responded by letter dated February 27, 2007.

6.    Plaintiff administratively appealed the action/inaction of the EOUSA to OIP on March 27, 2007.

7.    OIP never responded to that appeal.

8.    EOUSA is in violation of the FOIA

9.      This action is proper to obtain judicial review of the EOUSA action/inaction.

## Count VI

1.      By letter dated October 12, 2006 to the UNITED STATES MARSHALS SERVICE (Hereinafter "USMS") plaintiff requested all information in any way connected to his name.

2.      The Defendant USMS never responded and plaintiff filed an administrative appeal to the OIP on December 20, 2006.

3.      The OIP never responded.

4.      On March 5, 2007 the USMS released certain records to plaintiff with deletions by citing certain exemptions of the FOIA/PA.

5.      By letter to OIP dated March 28, 2007 the plaintiff appealed the withholdings as arbitrary and capricious action of the USMS.

6.      OIP never responded to the appeal.

7.      USMS is in violation of the FOIA.

8.      This action is proper to obtain judicial review of the USMS action/inaction.

## Count VII

1.      By letter dated April 2, 2007 the FEDERAL BUREAU OF PRISONS (Hereinafter "BOP") released 23 pages of material with excisions through claims of exemptions of the FOIA/PA to plaintiff, pursuant to referal of a portion of the USMS request.

2.      By letter to OIP dated April 12, 2007 plaintiff appealed the withholdings by Defendant BOP as arbitrary and capricious.

3.      The OIP never responded to the appeal letter.

4.      BOP is in violation of the FOIA.

5.      This action is proper to obtain judicial review of the BOP action/inaction.

## Count VIII

1.      By letter dated October 22, 2006 to the Defendant CRIMINAL DIVISION OF THE UNITED STATES DEPARTMENT OF JUSTICE (Hereinafter "CRIMINAL DIVISION") plaintiff requested a copy of all records in any way connected to his name.

2.      The CRIMINAL DIVISION never responded.

3.      By appeal letter to OIP dated December 20, 2006 plaintiff appealed the failure of the CRIMINAL DIVISION to respond to his request.

4.      OIP never answered the appeal.

5.      CRIMINAL DIVISION is in violation of the FOIA.

6.      This action is proper to obtain judicial review of the CRIMINAL DIVISION action/inaction.

WHEREFORE, Plaintiff prays for the following relief:

1

That these proceedings be expedited according to longstanding FOIA/PA law;

2

That each and every one of the above-named federal agencies be found to have violated the FOIA and that it be declared as such as to each agency defendant named herein;

3

That this Court impose sanctions upon those individuals and/or employees of any such agency that has been found to have deliberately violation the FOIA and/or otherwise has intentionally withheld information from the plaintiff in any one or more of the above counts;

4

That plaintiff be ordered access to the requested information in each and every count and as to each and every defendant herein they be ordered to provide plaintiff access forthwith;

5

That plaintiff be awarded his reasonable clerical/research/attorneys fees incurred in the prosecution of this cause of action as to each and every count and as to each and every agency/defendant herein named;

6

That plaintiff be declared to have substantially prevailed in this suit as to each and every defendant herein and each and every named agency as to each and every count;

7

That the search and/or copy fees be waived as to each and every count and each and every agency and each and every defendant and as to each and every request that is stated within this complaint to have been the focus of any violation of the FOIA/PA;

8

That plaintiff be allowed to proceed in this complaint in forma pauperis and as an indigent;

9

That competent counsel be appointed to represent this plaintiff in any further proceedings in this cause of action;

10

That this Court grant plaintiff any further relief that this Court deems just and proper in this action.

Respectfully Submitted this _24th_ day of April, 2007.

By _____
DANIEL JUAREZ, Pro Se
No. 68893-079
United States Penitentiary
1197 Airport Road
Inez, KY  41224

*I̲ 07-955 RJL*

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

DANIEL G. JUAROZ

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _88881_
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE PR

## DEFENDANTS

FBI, ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
~~TRACT OF LAND INVOLVED~~

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Case: 1:07-cv-00955
Assigned To : Leon, Richard J.
Assign. Date : 5/23/2007
Description: FOIA/Privacy Act

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

Ⓧ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and <u>one</u> in a corresponding Nature of Suit)

### ☐ A. *Antitrust*

☐ 410 Antitrust

### ☐ B. *Personal Injury/ Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. *Administrative Agency Review*

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

<u>Real Property</u>
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

<u>Personal Property</u>
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

<u>Bankruptcy</u>
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

<u>Prisoner Petitions</u>
☐ 535 Death Penalty
☐ 540 Mandamus & Other
▪ 550 Civil Rights
☐ 555 Prison Condition

<u>Property Rights</u>
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

<u>Federal Tax Suits</u>
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

<u>Forfeiture/Penalty</u>
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

<u>Other Statutes</u>
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

⟨10⟩

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*5 USC 552 ~ F.O.I.A*

---

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint   **JURY DEMAND:** ☐ YES   ☑ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES   ☑ NO   If yes, please complete related case form.

DATE *5.23.07*   SIGNATURE OF ATTORNEY OF RECORD

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
#### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

