# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Daniel Gilbert Juarez | CA-07-0955 rJL |
| **DEFENDANT** | **TYPE OF PROCESS** |
| FBI, et al | S&C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Executive Office for United States Attorney DOJ

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

600 E. St., NW  Room 7300  Washington, DC

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

RECEIVED 2007 MAY 24 PM 3: [illegible] U.S. MARSHALS SERVICE DISTRICT OF COLUMBIA

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk  *Betto Bryant* | Date 5/24/07 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:  John Kornmeier

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*:

| Date of Service | Time |
| 5/31/07 | 1000 pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45. | | | 45. | | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

**U.S. Department of Justice**
**United States Marshals Service**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Daniel Gilbert Juarez | CA-07-0955 RJL |
| **DEFENDANT** | **TYPE OF PROCESS** |
| FBI et ak | S&C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Federal Bureau of Prisons

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

320 First St., NW

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

RECEIVED 2007 MAY 24 PM 3:35

Signature of Attorney or other Originator requesting service on behalf of:   ☐ PLAINTIFF   ☐ DEFENDANT   TELEPHONE NUMBER   DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 5/24/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Alma Lopez, Assistant General Counsel

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 5/31/07   Time: 9:30 pm

Signature of U.S. Marshal or Deputy: 3692

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.cu | | | $45.cu | | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED** — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of **Columbia** _____

TO:
```
Drug Enforcement Administration
700 Army Navy Drive
Arlington, VA 22702
```

Civil Action, File Number **07-0955 RJL**

**Daniel Gilbert Juarez**
V.
**Federal Bureau of Investigaiton,..et al**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the _____ within _____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the

07-0955    JRT    5-25-07

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Drug Enforcement Admin.
700 Army Navy Drive
Arlington, VA 22702

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): S. Ferguson
C. Date of Delivery: 5-29-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☒ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0000 4984 6560

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

t of Summons and Complaint By Mail was
_[signature]_
MS Official)

COMPLAINT
complaint in the above captioned manner at

er and Street Name or P.O. Box No.

d Zip Code

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299 (Rev. 6/95)

**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of **Columbia**

TO:
UnitedStates Dept. of Justice
Criminal Division
950 Pennsylvania ave., NW
Washington, DC 20530

Civil Action, File Number **07-0955 RJL**

**Daniel Gilbert Juarez**

v.

**Federal Bureau of Investigation, etal**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

...ent part of this form below, AND RETURN COPIES 1 AND 2 to the sender within
...rpose. Keep copy 3 for your records.

...NOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation,
...r other entity, you must indicate under your signature your relationship to that entity. If
...authorized to receive process, you must indicate under your signature your authority.

...d 2 of this form to the sender within ___ days, you (or the party on whose behalf you
...incurred in serving a summons and complaint in any other manner permitted by law.

...f this form, you (or the party on whose behalf you are being served) must answer the
...were sent. If you fail to do so, judgment by default will be taken against you for the

...Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature *(USMS Official)*

OF RECEIPT OF SUMMONS AND COMPLAINT
...ed a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
United States Marshals SErvice
935 Pennsylvnaia Ave., NW
Washington, DC 20530

Civil Action, File Number __07-0955 RJL__

~~Daniel GIlbert Juarez~~
V.

Federal Bureau of Investigaiton, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

[COMPLETE] the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within [one response]. Keep copy 3 for your records.

[ACKNO]WLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [or oth]er entity, you must indicate under your signature your relationship to that entity. If [au]thorized to receive process, you must indicate under your signature your authority.

[return a copy] of this form to the sender within ____ days, you (or the party on whose behalf you [are being served] incurred in serving a summons and complaint in any other manner permitted by law.

[by signing] this form, you (or the party on whose behalf you are being served) must answer the [complaint within the time they] were sent. If you fail to do so, judgment by default will be taken against you for the

[This] Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_____
Signature (USMS Official)

[ACKNOWLEDGMENT] OF RECEIPT OF SUMMONS AND COMPLAINT

[I recei]ved a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense