**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ~~Columbia~~

TO:
US Attorney General - DOJ
950 Pennsylvania Ave., NW
Washington, DC 20530

Civil Action, File Number **07-0955 RJL**

**Daniel Gilbert Juarez**

V.

**Federal Bureau of Investigaiton, et al**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, [unincorporated association (including a partnership), or other entity,] you [must sign and date the acknowledgment and] indicate under your signature your relationship to that entity. If [you are served on behalf of another person and you are authorized to receive process, you mu]st indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I certify that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on (date)

_____
Signature (USMS Official)

Handwritten notations: 07-0955  JRJ  5-25-07

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Attorney Gen'l.-DOJ
950 Pennsylvaia Ave, NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
MAY 29 2007
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☒ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0000 4984 7505

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

COMPLETE THIS ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense