U.S. Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Bureau of Alcohol, Tobacco, Firearms &
Explosives – DOJ
640 Massachusetts Ave., NW
Washington, DC 20226

Civil Action, File Number __07-0955   RJL__

__Daniel Gilbert Juarez__

V.

__Federal Bureau of Investigation, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature *your authority*.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was (date)_____

_____
Signature (USMS Official)

### RETURN OF SERVICE OF SUMMONS AND COMPLAINT

I hereby certify and return that I have served the summons and complaint in the above captioned manner at

[handwritten sender/receipt slip overlay:]
07-0955   5-25-07   JRT

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Bureau of ATF & Firearms &
Explosives - DOJ
640 Mass. Ave., NW
Washington, DC

COMPLETE THIS SECTION ON DELIVERY

A. Signature  Under Official capacity only
X  J. Magruder               ☐ Agent
                             ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
                                 5/29/7
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7003 2260 0000 4984 6553

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

[form fields continuing:]
Name and Street Name or P.O. Box No.
_____
City, State and Zip Code
_____
Signature
_____
Relationship to Entity/Authority to Receive
_____
Service of Process
_____
Date of Signature _____

Form USM-299
(Rev. 6/95)