**U.S. Department of Justice**
**United States Marshals Service**

### NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of **Columbia**

TO:

**Federal Bureau of Investigation - DOJ**
**935 Pennsylvania Ave., NW**
**Washington, DC 20535**

Civil Action, File Number    **07-0955 RJL**

**Daniel Gilbert Juarez**

V.

**Federal Bureau of Investigation, et al**

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You <u>MUST COMPLETE</u> the acknowledgment part of this form below, <u>AND RETURN COPIES 1 AND 2</u> to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within _____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the _____ within _____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X                                    ☐ Agent<br>                                          ☐ Addressee | |
| | B. Received by ( Printed Name )    C. Date of Delivery<br>DOJ/CAT            5/31/07 | |
| 1. Article Addressed to:<br><br>Fed'l Bureau of Investgt.<br>935 Pennsylvania Ave, NW<br>Washington, DC | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:    ☐ No | |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☒ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)           ☐ Yes | |
| 2. Article Number<br>(Transfer from service label)    7003 2260 0000 4984 6546 | | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | | |

of Summons and Complaint By Mail was

_____ MS Official)

COMPLAINT

omplaint in the above captioned manner at

r and Street Name or P.O. Box No.

d Zip Code

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)