**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DANIEL GILBERTO JUAREZ** | ) | |
| **#68893-079** | ) | |
| **United States Penitentiary** | ) | |
| **1197 Airport Road** | ) | |
| **P.O. Box 2068** | ) | |
| **Inez, KY 41224** | ) | |
| | ) | |
| **Plaintiff** | ) | **Civil Action No. 07-0955 (RJL)** |
| | ) | **(ECF)** |
| **v.** | ) | |
| | ) | |
| **Executive Office for United States Attorneys** | ) | |
| **600 E Street, N.W.** | ) | |
| **Washington, D.C.  20530** | ) | |
| **and** | ) | |
| **Internal Revenue Service** | ) | |
| **Department of the Treasury** | ) | |
| **Washington, D.C.  20224** | ) | |
| **and** | ) | |
| **United States Marshals Service** | ) | |
| **Department of Justice** | ) | |
| **Washington, D.C.  20530** | ) | |
| **and** | ) | |
| **Bureau of Alcohol, Tobacco, Firearms &** | ) | |
| **Explosives** | ) | |
| **Department of Justice** | ) | |
| **Washington, D.C.  20226** | ) | |
| **and** | ) | |
| **Criminal Division of the United States** | ) | |
| **Department of Justice, Room 1127** | ) | |
| **950 Pennsylvania Ave., N.W.** | ) | |
| **Washington, D.C.  20530** | ) | |
| **and** | ) | |
| **Drug Enforcement Administration** | ) | |
| **Department of Justice** | ) | |
| **Washington, D.C.  20530** | ) | |
| **and** | ) | |
| **Federal Bureau of Investigation** | ) | |
| **Department of Justice** | ) | |
| **Washington, D.C.  20535** | ) | |
| **Defendants.** | ) | |
| | ) | |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Oliver W. McDaniel, Assistant United States Attorney, as counsel of record for the federal defendants, in the above-captioned case.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610


By:        _____/s/_____
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739
(202) 514-8780 (facsimile)

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of June, 2007, I caused the foregoing Notice of

Appearance to be served on Pro Se Plaintiff, Daniel Gilberto Juarez, by postage prepaid mail

addresses as follows:


DANIEL GILBERTO JUAREZ
#68893-079
United States Penintentiary
1197 Airport Road
P.O. Box 2068
Inez, KY 41224


/s/

OLIVER W. McDANIEL, D.C. Bar # 377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739
