UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL GILBERTO JUAREZ** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**FEDERAL BUREAU** )<br>**OF INVESTIGATION,** *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-0955 (RJL) |

**DEFENDANTS' MOTION FOR AN EXTENSION
OF TIME TO FILE AN ANSWER OR
OTHER RESPONSE TO THE COMPLAINT**

Defendants, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to file a response to the Complaint, from July 2, 2007, up to and including August 2, 2007. Inasmuch as Plaintiff, *Pro se*, Daniel Gilberto Juarez, is a federal prisoner, Counsel for the Defendants did not attempt to contact him concerning his position on this motion.[1] As grounds for this motion, Defendants submit the following:

Several reasons necessitate this request for an extension of time. Counsel for the Defendants must obtain information from the numerous federal agencies that Plaintiff has sued in this case. Counsel for the Defendants must file Appellant's Reply brief in Canadian Commercial Corp. *et al.*

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." The Rule does not require counsel to discuss those motions with *pro se* litigants. Nonetheless, it has been the general practice of this Office to attempt to discuss such motions with non-prisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any non-prisoner *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

v. Department of the Air Force, 06-5310 (D.C. Circuit) on July 10, 2007. Counsel for Defendants as well has ongoing and active discovery production obligations in two class action suits: (1) Hubbard v. Potter, 03-1062 (RJL/JMF) and (2) Johnson v. District of Columbia, et al., 02-2364 (RMC). There are also significant discovery responsibilities in Gilbert v. Chertoff, 05-2128 (RJL) which are being handled by Counsel. Counsel for Defendants must also file a Reply to Plaintiffs' Motions for Summary Judgment in Alabama Education Association et al. v. Chao, 03-0253 (RMC) on June 26, 2007. Counsel also is involved in ongoing settlement discussions in Brown Helicopter, Inc. et al v. United States, 06-0840 (JR). These and other litigation demands necessitate this requested extension.

WHEREFORE, Defendants submit that this motion for an extension of time up to and including August 2, 2007, to file a response to the Complaint should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By: _____/s/_____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of June, 2007, I caused the foregoing Defendants' Motion for an Extension of Time to File an Answer or Other Response to the Complaint, and proposed order, to be served on Plaintiff *pro se* by mail, postage prepaid, addressed as follows:

Daniel Gilberto Juarez
R 68893-079
BIG SANDY
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 2068
Inez, KY 41224

_____/s/_____
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL GILBERTO JUAREZ** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-0955 (RJL) |
| ) | |
| **FEDERAL BUREAU** ) | |
| **OF INVESTIGATION,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

Upon consideration of Defendants' Motion for an Extension of Time to File an Answer or Other Response to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for an Extension of Time be GRANTED, and it is

FURTHER ORDERED that, Defendants shall have up to and including August 2, 2007, to file an Answer or other response to the Complaint.

Date this _____ day of _____, 2007.

_____
United States District Judge

Copies to:

Oliver W. McDaniel,
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Daniel Gilberto Juarez
R 68893-079
Big Sandy
U.S. Penitentiary
Inmate Mail/parcels
P.O. Box 2068
Inez, KY 41224