UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL GILBERTO JUAREZ** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0955 (RJL) |
| ) | |
| **FEDERAL BUREAU** ) | |
| **OF INVESTIGATION**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION FOR A ONE-WEEK EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSE TO THE COMPLAINT

Defendants, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case, hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a further, one-week extension of time within which to file a response to the Complaint, from August 2, 2007, up to and including August 9, 2007. Counsel for the Defendants anticipates that this response will be in the form of a dispositive motion. Inasmuch as Plaintiff, *Pro se*, Daniel Gilberto Juarez, is a federal prisoner, Counsel for the Defendants did not attempt to contact him concerning his position on this motion.[1] As grounds for this motion, Defendants submit the following:

Counsel for the Defendants seeks this extension primarily because it is taking longer than originally anticipated to obtain information necessary to formulate defenses to the litigation from the

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." The Rule does not require counsel to discuss those motions with *pro se* litigants. Nonetheless, it has been the general practice of this Office to attempt to discuss such motions with non-prisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any non-prisoner *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

numerous federal agencies that Plaintiff has sued in this case. Counsel for the Defendants is obtaining declarations explaining Plaintiff's contact with the agencies from the agency attorneys assigned. Counsel for the Defendants has been unable to help facilitate this process because it has taken longer than anticipated to file Appellant's Reply brief in <u>Canadian Commercial Corp. *et al.* v. Department of the Air Force</u>, 06-5310 (D.C. Circuit), which now will be filed on August 2, 2007. These and other litigation demands necessitate this requested extension.

WHEREFORE, Defendants submit that this motion for an extension of time up to and including August 9, 2007, to file a response to the Complaint should be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By:      /s/
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of August, 2007, I caused the foregoing Defendants' Motion for an Extension of Time to File an Answer or Other Response to the Complaint, and proposed order, to be served on Plaintiff *pro se* by mail, postage prepaid, addressed as follows:

Daniel Gilberto Juarez
R 68893-079
BIG SANDY
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 2068
Inez, KY 41224

                                                   /s/
                              OLIVER W. MCDANIEL, D.C. BAR # 377360
                              Assistant United States Attorney
                              Civil Division
                              555 Fourth Street, N.W.
                              Washington, D.C.  20530
                              (202) 616-0739

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL GILBERTO JUAREZ** )<br>)<br>**Plaintiff,** )<br>)<br>v. )  **Civil Action No. 07-0955 (RJL)**<br>)<br>**FEDERAL BUREAU** )<br>**OF INVESTIGATION,** *et al.*, )<br>)<br>**Defendants.** )<br>) | |

**ORDER**

Upon consideration of Defendants' Motion for a One-Week Extension of Time to File an Answer or Other Response to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for an Extension of Time be GRANTED, and it is

FURTHER ORDERED that, Defendants shall have up to and including August 9, 2007, to file an Answer or other response to the Complaint.

Date this ____ day of _____, 2007.

_____
United States District Judge

Copies to:

Oliver W. McDaniel,
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Daniel Gilberto Juarez
R 68893-079
Big Sandy
U.S. Penitentiary
Inmate Mail/parcels
P.O. Box 2068
Inez, KY 41224