**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

DEC 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| DANIEL GILBERTO JUAREZ, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-0955 (RJL) |
| | : | |
| FEDERAL BUREAU OF | : | |
| INVESTIGATION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**<u>ORDER</u>**

Defendants filed a motion for partial summary judgment on August 9, 2007 and a

supplemental motion for summary judgment on October 4, 2007.  In its October 11, 2007 Order,

the Court advised plaintiff, among other things, of his obligation to file oppositions or other

responses to the motions.  Further, the Order expressly warned plaintiff that, if he failed to file

his opposition by November 21, 2007, the Court would treat the motion as conceded.  To date,

plaintiff neither has filed an opposition nor has requested additional time to do so.

Accordingly, it is hereby

ORDERED that defendants' motion for partial summary judgment [#15] and

supplemental motion for summary judgment [#16] are GRANTED AS CONCEDED, and that

JUDGMENT shall be entered for defendants.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
RICHARD J. LEON
United States District Judge

Date:

12 7 07