```
                                              RECEIVED
     UNITED STATES DISTRICT COURT              DEC 2 8 2007
     FOR THE DISTRICT OF COLUMBIA
                                         NANCY MAYER WHITTINGTON, CLERK
                                              U.S. DISTRICT COURT
```

DANIEL GILBERTO JUAREZ,          :

    Plaintiff,                   :   Civil Action No. 07-0955(RJL)

    v.                           :
                                     December 22, 2007
FEDERAL BUREAU OF                :
INVESTIGATION, et al.,           :


**MOTION FOR RECONSIDERATION, FED.R.CIV.P. 59(e)**

    Daniel G. Juarez, (Juarez), acting pro se, respectfully files this motion asking the Court to reconsider it's December 7, 2007 Order, granting the defendant's partial summary judgment motion as CONCEDED. See attached Order.

    Juarez does not CONCEDE the defendant's motion. In a Certified Mail letter dated October 12, 2007 to the Clerk's Office, Juarez explained that his papers were lost by the Bureau of Prisons and that he wished to pursue this matter an file an opposition. See attached. The Clerk never sent Juarez the requested copies.

    Juarez asks the Court to vacate it's December 7, 2007 Order and direct the Clerk to send him the requested papers and allow him 30 days from receipt of said papers, to file an opposition.

WHEREFORE, Juarez prays that the motion is granted.

Respectfully submitted,

Daniel G. Juarez, <u>pro se</u>
Reg. No. 68893-070
FCI Ray Brook
P.O. Box 9003
Ray Brook, NY 12977-9003
Dated: December 22, 2007

CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed postage prepaid first class to:

OLIVER W. McDANIEL, AUSA
CIVIL DIVISION
555 FOURTH STREET, N.W.
WASHINGTON, DC. 20530
(202) 616-0739

by placing in the hands of prison officials for mailing this 22 day of December, 2007.

Daniel G. Juarez

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DANIEL GILBERTO JUAREZ,

        Plaintiff,

v.

FEDERAL BUREAU OF
INVESTIGATION, et al.,

        Defendants.

Civil Action No. 07-0955 (RJL)

### ORDER

Defendants filed a motion for partial summary judgment on August 9, 2007 and a supplemental motion for summary judgment on October 4, 2007. In its October 11, 2007 Order, the Court advised plaintiff, among other things, of his obligation to file oppositions or other responses to the motions. Further, the Order expressly warned plaintiff that, if he failed to file his opposition by November 21, 2007, the Court would treat the motion as conceded. To date, plaintiff neither has filed an opposition nor has requested additional time to do so.

Accordingly, it is hereby

ORDERED that defendants' motion for partial summary judgment [#15] and supplemental motion for summary judgment [#16] are GRANTED AS CONCEDED, and that JUDGMENT shall be entered for defendants.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Date: 12/7/07

RICHARD J. LEON
United States District Judge

Copy

Daniel G. Juarez
Reg. No. 68893-079
FCI Ray Brook
P.O. Box 9003
Ray Brook, NY 12977-9003

7005 3110 0003 3029 7812          October 27, 2007

**BY CERTIFIED MAIL**

Clerk's Office
U.S. District Court (D.C.)
333 Constitution Ave., N.W.
Washington, D.C. 20001

Re: Juarez v. Federal Bureau of Investigation, et al
    No. 1:07-cv-955

Dear Madam/Sir Clerk:

I have recently been transferred to FCI Ray Brook. Will you please note my new change of address listed above.

All of my legal papers pertaining to this matter have been lost by the Bureau of Prisons in transfer. Will you kindly send me a copy of all of the Motion(s) for partial Summary Judgment on file by the IRS, U.S. Marshal Service, FBOP. BATF, and FBI.

I wish to diligently pursue this matter and file an opposition to Summary Judgment. Without the defendant's Motions, I am not able to do this. I am aware of the 11/21/2007 deadline for me to respond.

Sincerely,

Daniel G. Juarez

c: file
   Attorney Cohen