FILED
JAN 4 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL GILBERTO JUAREZ,         :
                                :
        Plaintiff,              :
                                :
v.                              :  Civil Action No. 07-0955 (RJL)
                                :
FEDERAL BUREAU OF               :
INVESTIGATION, *et al.*,        :
                                :
        Defendants.             :

## ORDER

It is hereby

ORDERED that plaintiff's motion for reconsideration [#19] is GRANTED. It is further

ORDERED that the December 13, 2007 Order granting defendants' motion for partial summary judgment [#15] and supplemental motion for summary judgment [#16] as conceded and entering judgment for defendants [#18] is VACATED and that this civil action shall be reopened. It is further

ORDERED that, not later than **January 15, 2008**, defendants shall serve copies of their motion for partial summary judgment and supplemental motion for summary judgment on plaintiff at his current address of record. Plaintiff shall file his opposition or other response to defendants' motions not later than **February 15, 2008**. Defendants' reply, if any, shall be filed not later than **March 14, 2008**.

        SO ORDERED.

Date: 1/3/08

_____
RICHARD J. LEON
United States District Judge