| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA | FILED<br>MAR 11 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S DISTRICT COURT |

DANIEL GILBERTO JUAREZ,           :
                                  :
            Plaintiff,            :
                                  :
      v.                          :     Civil Action No. 07-0955 (RJL)
                                  :
FEDERAL BUREAU OF                 :
INVESTIGATION, *et al.*,          :
                                  :
            Defendants.           :

### ORDER

It is hereby

ORDERED that the Court's January 4, 2008 Order is VACATED IN PART, and the schedule for dispositive motions is as follows:

1. Defendants shall serve copies of their motion for partial summary judgment and supplemental motion for summary judgment on plaintiff at his current address of record and shall so notify the Court by **March 18, 2008**.

2. Plaintiff shall file his opposition or other response to defendants' motions not later than **April 18, 2008**.

3. Defendants' reply, if any, shall be filed not later than **May 9, 2008**. No extensions of time will be granted absent extraordinary circumstances.

SO ORDERED.

                                        _____
                                        RICHARD J. LEON
Date:                                   United States District Judge

3/11/08