UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL GILBERTO JUAREZ, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 07-0955 (RJL) |
| FEDERAL BUREAU OF INVESTIGATION, *et al.*, | ) |
| Defendants. | ) |

**NOTICE OF FILING**
**AMEN DED CERTIFICATES OF SERVICE**

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully notifies the Court and Plaintiff, *Pro se*, of the filing of the attached corrected certificates of service for Defendants' Motion for Partial Summary Judgment and supporting material (Docket Entry #15) and their Supplemental Motion for Summary Judgment and supporting material (Docket Entry #16). The amended certificates reflect service of Plaintiff at a different facility, McKean Federal Correctional Institution, than the docket has previously reflected. The records of the United States Bureau of Prisons reflect that Plaintiff, a federal prisoner, is presently housed at McKean.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By:  _____/s/_____
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739 / (202) 514-8780 (Facsimile)

March 14, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 14th day of March, 2008, I caused the foregoing Notice of Filing Amended Certificates of Service, to be served, postage pre-paid, by mail, on Plaintiff, *Pro se*, as follows:

**DANIEL GILBERTO JUAREZ**
**R 68893-079**
**FCI MCKEAN**
**FEDERAL CORRECTIONAL INSTITUTION**
**P.O. BOX 8000**
**BRADFORD, PA  16701**

/s/
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Defendants' Motion for Partial Summary Judgment, Statement of Material Facts, Memorandum in Support of the Motion, with supporting Declarations, and a proposed order were served upon Plaintiff, *pro se*, by U.S. Mail, postage prepaid, addressed as follows:

**DANIEL GILBERTO JUAREZ**
**R 68893-079**
**FCI MCKEAN**
**FEDERAL CORRECTIONAL INSTITUTION**
**P.O. BOX 8000**
**BRADFORD, PA  16701**

on this 14th day of March, 2008.

/s/
OLIVER W. McDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Defendants' Supplemental Motion for Summary Judgment, Statement of Material Facts, Memorandum in Support of the Motion, and proposed order were served upon Plaintiff, *pro se*, by U.S. Mail, postage prepaid, addressed as follows:

DANIEL GILBERTO JUAREZ
R 68893-079
FCI MCKEAN
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 8000
BRADFORD, PA  16701

on this 14th day of March, 2008.

/s/
OLIVER W. McDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739