UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL GILBERTO JUAREZ, :
:
      Plaintiff, :
:
v. : Civil Action No. 07-0955 (RJL)
:
FEDERAL BUREAU OF :
INVESTIGATION, *et al.*, :
:
      Defendants. :

## ORDER

Defendants filed a motion for partial summary judgment on August 9, 2007 and a supplemental motion for summary judgment on October 4, 2007. In its October 11, 2007 Order, the Court advised plaintiff, among other things, of his obligation to file oppositions or other responses to the motions. Further, the Order expressly warned plaintiff that, if he failed to file his opposition by November 21, 2007, the Court would treat the motion as conceded. Plaintiff did not file a timely opposition, and the Court granted the motions as conceded on December 13, 2007. Plaintiff sought reconsideration and, on January 4, 2008, the Court vacated the December 13, 2007 Order and set April 18, 2008 as the new deadline for plaintiff's oppositions. To date, plaintiff neither has filed an opposition, nor has requested more time to do so, nor has notified the Clerk of Court of a change of address. Accordingly, the Court treats the motions as conceded.

It is hereby

ORDERED that defendants' motion for partial summary judgment [#15] and

1

supplemental motion for summary judgment [#16] are GRANTED AS CONCEDED, and that JUDGMENT shall be entered for defendants.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Date: 6/13/08

RICHARD J. LEON
United States District Judge