CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC  20001

OFFICIAL BUSINESS

DANIEL GILBERTO JUAREZ
R68893-079
RAY BROOK
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 9003
RAY BROOK, NY 12977

NIXIE        122  5E  1        77  05/25/08

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 20001299999        *0101-14493-17-39